July 1, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

### IN THE INTEREST OF A.T., A MINOR CHILD

NO. 14-14-00071-CV

_____

This cause, an appeal from a judgment terminating parental rights and appointing the Department of Family and Protective Services as sole managing conservator signed December 12, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause to the trial court for proceedings consistent with the court's opinion. If the trial court determines that Troy J. Wilson and Georgette George-Wilson have standing to intervene, then **the trial court is instructed to commence the new trial no later than 180 days after this court's mandate issued.** *See* **Tex. R. App. P. 28.4(c).**

We order this decision certified below for observance.

We further order the mandate be issued immediately.